Katie Mae ANDREWS et al.,
Plaintiffs-Appellants,

v.

DREW MUNICIPAL SEPARATE SCHOOL DISTRICT BOARD OF TRUSTEES et al., Defendants-Appellees.

No. 77–2813.

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 1980.

Charles Victor McTeer, Greenville, Miss., Rhonda Copelan, Center for Constitutional Rights, New York City, for plaintiffs-appellants.

Champ Terney, Indianola, Miss., William A. Allain, Asst. Atty. Gen., Jackson, Miss., for defendants-appellees.

Before BROWN, HILL and RANDALL, Circuit Judges.

PER CURIAM:

AFFIRMED on the basis of the opinion of the District Court (Judge William C. Keady), *Peacock v. Drew Municipal Separate School District*, 433 F.Supp. 1072 (N.D. Miss.1977). *See also Escamilla v. Santos*, 591 F.2d 1086 (5th Cir. 1979); *Henry v. Clarksdale Municipal Separate School District*, 579 F.2d 916 (5th Cir. 1978); *Gonzales v. Fairfax-Brewster School, Inc.*, 569 F.2d 1294 (4th Cir.), *cert. denied*, 439 U.S. 927, 99 S.Ct. 311, 58 L.Ed.2d 320 (1978).

Bill Doug HOLT, Petitioner-Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.

Gail E. HOLT, Petitioner-Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.

No. 78–1559.

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 1980.

Towner Leeper, El Paso, Tex., for petitioners-appellants.

M. Carr Ferguson, Asst. Atty. Gen., Gilbert E. Andrews, Acting Chief, U. S. Dept. of Justice, Tax. Div., Washington, D. C., Lester Stein, Acting Chief Counsel, Jonathan S. Cohen, Richard D. Buik, Tax Div., Dept. of Justice, Washington, D. C., for respondent-appellee.

Before AINSWORTH and HENDERSON, Circuit Judges, and HUNTER,* District Judge.

PER CURIAM:

Affirmed on the basis of the opinion of the U. S. Tax Court filed October 25, 1977, 69 T.C. 75.

AFFIRMED.

* District Judge of the Western District of Louisiana, sitting by designation.